**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

Government,

09 Cr. 665 (RMB)

- against-

**ORDER**

RONALD ATKINSON,

Defendant.

------------------------------------x

The Court has received the letter dated September 21, 2026 from warden J. Gabby, of FCC Coleman, to the Honorable William H. Pauley III. This case was re-assigned to this Court because Judge Pauley is deceased.

The Court is aware that Defendant Ronald Atkinson passed away on September 18, 2026.

Dated: October 22, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**